# COMPLAINT
(for filers who are prisoners without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 SEP 29 P 12: 34
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Joe-El Tristen Norwood

v.

(Full name of defendant(s))

Corporal Zac Bergh, Officer Vetsch and Officer Sullivan of the Brown County Jail.

Case Number:

**17-C-1334**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __3030 Curry Lane, Green Bay, WI, 54311__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Corporal Zac Bergh__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint – 1

and (if a person) resides at ___not Known.___

<span style="text-align:right">(Address, if known)</span>

and (if the defendant harmed you while doing the defendant's job)

worked for ___Brown County Jail, 3030 Curry Lane, Green Bay, WI 54311___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Joe-El Tristen Norwood is an inmate at the Brown County Jail in Green Bay Wisconsin. On September 9, 2017 he was placed in a restraint chair with #(1) spit mask over his head and face. While the Plaintiff was still restraint in the restraint chair, Corporal Bergh deliberately retaliated against Norwood because of past issues with him, along with officer Kitsch and officer Sullian, they unprofessionally did not excercise their proper training and maliciously "entered" ▆▆▆▆

Complaint – 2

Parties continue

3. Defendant, officer vetsch.

Citizen of wisconsin.

Home address unknown.

Worked for the Brown county Jail,
3030 curry Lane, Green Bay, wisconsin.

4. Defendant, officer sullivan

Citizen of wisconsin.

Home address unknown.

Worked for the Brown county Jail
3030 curry Lane, Green Bay, wisconsin.

End of Parties involved.

the plaintiff location and covered his head and face with a Blanket, then excessively applied #(2) more fully intact spit masks over his head and face "at the sametime" over the #(1) that was previously applied. Norwood immediately informed them that he was having difficulties breathing, Corporal Bergh utterly replied; "we can do what we want", then they all left his (Norwood) location. After previously chewing a small air hole through the "first" spit mask, Norwood was now experienceing suffocation with the "second" and "third" new fully intact spit masks. Norwood decided to chew through the #(2) new spit masks to achieve more air. As he were doing so, the spit masks became wet, moist and gave him the feeling of being "waterboarded." After breaking free from suffocation, Norwood vision became blurry and he experienced dizziness.

Statement of Claim continue.

"The rubber elastic band material that wraps around the neck area of the spit masks were "strengthen" when the defendants added "(2)" more at the same time, causing strangulation to occur.

* Norwood seeks damages from Corporal Zac Bergh, Officer Ketsch and Officer Sullivan for maliciously ignoring his reports of suffocation and disregarded his medical aid.

* Norwood seeks damages from the defendants for intently "knowing" their actions caused suffocation, because the Plaintiff reported that he could not breath.

* Norwood seeks damages for the actions of the defendants were excessive, reckless, not using their proper training that could of prevented suffocation by the spit masks, cruelty, unusual punishment and emotional, physical torture.

End of Statement of Claim.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $200,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm requesting the award of $200,000, and to order the Brown County Jail to stop emotionally and physically tortureing and excessively abusing inmates. Lets all try to be good americans.

✱ Most of all, no Double spit masks, the spit mask is ▓ design to wear (1) at a time for safety and proper breathing.

Complaint – 4

Case 2:17-cv-01334-WCG   Filed 09/29/17   Page 6 of 7   Document 1

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES         ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20____.

   Respectfully Submitted,

   *Joel Triston Norwood*
   Signature of Plaintiff

   BCJ# 9201005785(9, DOC # 429017
   Plaintiff's Prisoner ID Number

   3030 Curry Lane
   Green Bay, WI 54311
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5