# United States District Court
# Eastern District of Wisconsin

December 11, 2017

Re: Case No. 17-CV-1334

## Affidavit

The following document is the Plaintiff's own, personal experience of the incident that occurred on September 9th, 2017 at the Brown County Jail, and account is sworn to be truthful and factual of the event that lead to the civil action of the above caption.

The following document was prepared for admisson proceedings, and discovery.

Document prepared for Admission

Under United states civil rule 36 (B) (2), Each matter must be stated separately. A document can be furnished and made available for inspection and copying.

Re: CASE NO. 17-CV-1334

## DOCUMENT

On September 9th 2017 while working in their official capacity at the Brown County Jail the defendants corporal Bergh, officer Sullivan and officer Vetsch were participants in the event that lead to the filing of the above case.

The following paragraphs is requesting to be admitted (or) denied separately, as their are stated and furnished.

Paragraph 1. The defendants did not excercise their proper training by suiting in their Brown County Jail issue protective gear of helmets,

helmets with a attaching face shield, gloves, full body protective suits, knees and elbow pads, chest pads, and a portable body shield to enter the area of the Plaintiff's location when they believed that he would be assaultive. The defendants ulitized a inmates jail issue blanket as a form of protection upon entering the day room where the Plaintiff was restraint in a restraint chair to shield theirselves.

Paragragh 2. The defendants applied #2 additional spit masks over his nose, mouth, face and head causing him (the Plaintiff) to suffocate.

Paragragh 3. The defendants applied #2 additional spit masks over his (the Plaintiff) nose, mouth, face and head, and then transported him to a different location while he was restraint in a restraint chair and no further plans to transport him to another location, location was secure and isolated from other inmates and officers.

Paragraph 4. The defendants did not render any aid or retrieve help and asistance from the Brown county Jail medical staff after the Plaintiff repeatedly reported that he could not breathe.

End of document

This document was perpared and furnished by the **Plaintiff**, Jor-El Tristen Norwood.
Signed [signature]

Dated 12-7-17

Address: 3030 Curry Lane
Green Bay, WI 54311.

State of Wisconsin
County of Brown County
This instrument was acknowledged
before me in Green Bay on

12/07/2017 by David Sturm

Exp: 08/12/2021