UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOR-EL TRISTEN NORWOOD,

        Plaintiff,

v.                                            Case No. 17-C-1334

CORPORAL ZACHARY BERGH, et al.,

        Defendant.

## ORDER DENYING MOTION TO COMPEL

Plaintiff Jor-El Tristen Norwood, who has sued several officers at the Brown County Jail for excessive force, filed a motion "requesting to subpoena documents." ECF 31. The clerk docketed the filing as a Motion to Compel. In fact, it appears that Norwood simply wants the statements of other witnesses to the altercation that form the basis of this action. He specifically lists the statements of five separate witnesses.

Assuming that these are witnesses whose statements are in the possession of the defendants, the proper way to obtain them would be to make a specific request for production of documents under Fed. R. Civ. P. 34. Such a request should be submitted to counsel for the defendants. In the event that the documents are not produced within 30 days in response to such a request, and after attempting to confer in good faith with counsel for the defendants, he may then move to compel production of the documents. It does not appear that any of these steps have been taken. Accordingly, the motion is denied.

**SO ORDERED** this   21st   day of December, 2017.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court