UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOR-EL TRISTEN NORWOOD,

    Plaintiff,

v.                                                  Case No. 17-C-1334

CORPORAL ZACHARY BERGH, et al.,

    Defendants.

**ORDER**

Plaintiff Jor-El Tristen Norwood, who is currently serving a state prison sentence at Waupun Correctional Institution, filed this action pursuant to 42 U.S.C. § 1983, alleging that Defendants Zachary Berg, Mitch Vetsch, and Michael Sullivan violated his constitutional rights while he was an inmate at the Brown County Jail. On January 8, 2019, the court granted Defendants' motion for summary judgment as to Norwood's deliberate indifference claims but denied the motion as to Norwood's excessive force claims. Considering that a trial will be needed to resolve the case, and given Norwood's current incarceration and limited understanding of law and procedure, the court will attempt to recruit counsel for the limited purpose of representing Norwood at the final pretrial conference and trial. As a result, the telephone scheduling conference set for January 18, 2019, at 3:00 p.m. is canceled. Once counsel is recruited, the Clerk is to place this matter on the court's calendar for a telephone conference to address further scheduling.

**SO ORDERED** this  18th  day of January, 2019.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court